Opinion issued February 20, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00732-CV

____________


UNIVERSITY OF TEXAS SYSTEM, Appellant


V.


CORINA SOUTH, Appellee






On Appeal from the 10th District Court

Galvestion County, Texas

Trial Court Cause No. 99CV1099






MEMORANDUM OPINION

 Appellant has filed a motion to dismiss its appeal. No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed. Tex. R. App. P.
42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Hedges and Hanks.

Do Not Publish.